474 A.2d 695

Ford v. Ford, Appellant.

Petition for Allowance of Appeal
Denied Sept. 20, 1984.

Argued March 8, 1984. Joseph P. Ford, appellant, in propria persona; Michael S. Bomstein, for appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Order affirmed on the opinion of the Honorable Nicholas A. Cipriani.

474 A.2d 695

Franklin, Appellant, v. Franklin.

Argued January 25, 1984. David S. Pollock, for appellant; Michael R. Ford, for appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Order of the Court of Common Pleas affirmed.

Jurisdiction relinquished.